# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

TYRONE LaSALLES PRICE,

    Defendant.

Criminal No. 92-00474-02
TFH/DAR

## REPORT AND RECOMMENDATION

Defendant, having pled guilty to two counts of second degree murder in violation of the District of Columbia Code and one count of retaliating against a witness in violation of 18 U.S.C. § 1513, was sentenced to terms of incarceration of 180 months to life on the murder counts and 120 months on the retaliation count, all to run concurrently, and a term of supervised release of 36 months on the retaliation count.  Judgment in a Criminal Case (Document No. 321). Defendant's term of supervised release commenced on July 13, 2011.

In a U.S. Probation Office Petition filed on November 20, 2013 (Document No. 360), the Probation Office alleged that Defendant violated his conditions of supervised release by  his arrest on October 26, 2013 for soliciting prostitution in the District of Columbia, and that he had been charged with that offense in the Superior Court of the District of Columbia.  At the request of the Probation Officer, the undersigned, on the same day, issued a summons, scheduled a preliminary revocation hearing for January 9, 2014.[1]

---

[1] Defendant's term of supervised release was scheduled to expire on July 12, 2014; however, the expiration of supervision was tolled by the issuance of the summons.

Defendant, his counsel, an Assistant United States Attorney, and a United States Probation Officer appeared before the undersigned on January 9, 2014, and at that time, asked that the hearing be continued.  From February through July 2014, counsel and the Probation Officer requested continuances in order to permit them to address both Defendant's health and the status of the case pending in Superior Court.  *See* 02/25/2014, 04/29/2014, 07/09/2014 Minute Entries.

In a U.S. Probation Office Memorandum (Status Report) filed on August 18, 2014 (Document No. 363), the Probation Office reported that in Defendant's pending case in the Superior Court, a mental observation hearing had been scheduled for August 29, 2014.  The Probation Officer also reported that after a July 9, 2014 competency screening examination conducted by the D.C. Mental Health Services, Defendant was diagnosed with cognitive impairments requiring 24-hour nursing care.  Status Report at 1-2.

Also on August 18, 2014, Defendant's United States Probation Officer, an Assistant United States Attorney, and counsel for the Defendant appeared before the undersigned; Defendant, by reason of the 24-hour nursing care he requires, did not.  For the reasons set forth by the Probation Office in the August 18 Status Report, the Assistant United States Attorney asked that the Request for Course of Action be dismissed, and the Probation Office moved to withdraw it.  Counsel for Defendant concurred in both requests.  All parties also concurred in the grounds of the requests: (1) Defendant's deteriorating mental health; (2) Defendant's life parole supervision for the murder convictions; (3) the expiration of his supervised release on July 12, 2014 for the witness retaliation conviction,[2] and (4) the determination of the United States

---

[2] *See* n. 1, *supra*.

Attorney not to commence commitment proceedings.

For the identical reasons, the undersigned recommends that the Request for Course of Action be deemed withdrawn, and that no further action be taken.

It is, this 20th day of August, 2014,

**SO RECOMMENDED**.

                                                            _____/s/_____
                                                            DEBORAH A. ROBINSON
                                                            United States Magistrate Judge